PAUL A. BARR
California State Bar No. 247951
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Paul_Barr@fd.org

Attorneys for Jose Ramon Geraldo Romero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAMON GERALDO ROMERO,<br><br>Defendant. | CASE NO.: 21CR1665-JAH<br><br>Hon. John A. Houston<br>Courtroom 13B<br>Date: December 13, 2021<br>Time: 10:00 a.m.<br><br>Defendant's Sentencing Memorandum |

## I.  Introduction

Every day people make the desperate decision to leave Mexico and try to come to the United States. Sometimes they are motivated by a desire to reunite with their family on this side of the border. Other times, they are driven by crushing financial need, leaving spouses and children behind in the hope of finding work here. Whatever the motive, every day people are willing to risk their freedom, and sometimes their very lives, for the chance to be in this country. This desperate decision sometimes leads to tragic outcomes. This is one such case.

Like the other people in the panga boat with him, Jose Ramon Geraldo Romero had made that desperate decision. Though he has worked in construction since he was 16 years old, prior to his arrest Mr. Geraldo had been unemployed for several months as a result of the COVID-19 pandemic, which had ground new projects in Mexico to

1  a halt. Before that, he had been providing financially for his 4-year-old son, as well as
2  for his girlfriend and her two children. Without work, Mr. Romero was feeling the
3  mounting financial strain. How could he put food on the table, keep the lights on, pay
4  for his children's basic needs, without work? He decided that his best chance was to
5  come to the United States, to find the type of construction job that was eluding him
6  in Mexico. When he was given the opportunity to avoid paying a smuggling fee by
7  assisting with piloting the panga boat, Mr. Geraldo accepted the offer.

8  It was that decision in particular, the one to aid with the smuggling venture, that
9  Mr. Geraldo will regret for the rest of his life. Because not only did it make him guilty
10 of a federal felony offense. It also put him in a position where he is partially responsible
11 for the tragic loss of a human life. And that is something that Mr. Geraldo thinks about
12 every day.

13 Mr. understands that he made a terrible decision, which has had terrible,
14 irreversible effects. He will carry that burden with him forever. He merely asks the
15 Court to follow the joint recommendation of the parties in this case.

## II.  Sentencing Request

17 Consistent with the plea agreement and the joint recommendation of the
18 parties, Mr. Geraldo asks the Court to sentence him to 60 months of BOP custody,
19 which is the mandatory minimum for this offense.

## III.  Reasons for the Request

21 Mr. Geraldo grew up in difficult circumstances.
22 His parents separated when he was just seven years old.
23 And while Mr. Geraldo was too young to know, much
24 less understand, all the details of their divorce, he bore
25 witness to repeated bouts of domestic violence by his
26 father against his mother. Mr. Geraldo's father drank
27 frequently, and heavily, and, particularly when drunk, he
28 would take out his anger on Mr. Geraldo and his



*Mr. Geraldo with his mother*

mother.

Things improved somewhat when Mr. Geraldo's father moved away. At least the violence stopped. But Mr. Geraldo's mother soon began to experience epileptic seizures. With his mother rendered unable to hold a steady job as a result of her condition, Mr. Geraldo left school and began working in construction to earn enough money to support the two of them. *See* Exhibit A at 2.



Mr. Romero became a father himself when he was just 21 years old. Today, though he is no longer in a relationship with his son's mother, Mr. Geraldo enjoys a very close relationship with his son. Prior to his arrest, Mr. Geraldo would video chat with his boy every day. While their lines of communication were severed for many months during his incarceration, Mr. Geraldo has recently been able to resume his regular video communications with his son. Above all else, Mr. Geraldo wants to get back to Mexico to be with him.

*Mr. Geraldo with his son, now age 4*



Mr. Geraldo is also eager to return to Mexico to reunite with his girlfriend, Melissa, as well as her two children. As he explained to the probation officer, Mr. Geraldo hopes to marry Melissa and to build with her the type of happy and stable home that he never had.

*Mr. Geraldo with his girlfriend, Melissa*

**IV. Conclusion**

For the above reasons, Mr. Geraldo asks the Court to impose a 60-month custodial sentence in this case.

Respectfully submitted,

Dated: December 8, 2021

*s/ Paul A. Barr*
Federal Defenders of San Diego, Inc.
Attorneys for Jose Ramon Geraldo Romero

Email: Paul_Barr@fd.org