# Exhibit A

[Image appears] **JOSE ALFREDO VILLAVICENCIO MEZA** [Image appears]
**CONSTRUCTION**
[Blurry illegible text appears]

October 16, 2021

RE: Letter of Support

**TO WHOM IT MAY CONCERN**

By way of this letter, I give my wholehearted support to **Mr. Jose Ramon Geraldo Romero**. He is a person we have always known, who has worked for two years at our company. He is responsible, hardworking and always lives an honest life.

This letter is issued at the request of the interested party, and for his best purposes.

[Signature appears]

**JOSE ALFREDO VILLAVICENCIO MEZA**
**Owner**

[The above translation of a letter received in the matter of U.S. vs Jose Ramon Geraldo Romero is a true and correct translation from Spanish into English, performed to the best of my knowledge and ability, and certified on December 7, 2021. Mark Owens, Administrative Office of the United States Courts Certified Interpreter.]

**1**

H. Mulegé, Baja California South, October 19, 2021

Reference: **JOSE RAMON GERALDO ROMERO.**

He was an excellent child. He always behaved well at home, at school and at middle school. There were never any complaints about my son. He could not continue going to school so he could help me, because I became ill with sciatic nerve issues and convulsions. He started working as a builder's assistant at 15 years of age. There were never any complaints about him.

He was always a cheerful, playful young man; very humble, and always with a good heart. He spent the whole time making people laugh. Everyone loves him because of his charisma, and his friends and relatives think very highly of him because he always has a smile for everyone. He is a wonderful son.

I love you very much, my son. I really love you and we are waiting for you with open arms, because God is so great and powerful that He is going to bring you back home.

GUADALUPE ROMERO ROMERO
Colonia Centro
H. Mulegé, Baja California South

[The above translation of a letter received in the matter of U.S. vs Jose Ramon Geraldo Romero is a true and correct translation from Spanish into English, performed to the best of my knowledge and ability, and certified on December 7, 2021. Mark Owens, Administrative Office of the United States Courts Certified Interpreter.]